IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Patrick Adams, a South Carolina Department of Corrections Inmate,<br><br>Plaintiff,<br><br>v.<br><br>Charles F. Way, MD, and alternatively the South Carolina Department of Corrections,<br><br>Defendants. | C/A No.: 1:19-1446-DCC-SVH<br><br>ORDER |

This matter is before the Court pursuant to a motion [ECF No. 26] filed by the Defendants requesting leave to depose the Plaintiff, an inmate incarcerated in a South Carolina Department of Corrections prison, remotely. Federal Rule of Civil Procedure 30(a)(2)(B) requires a party to obtain leave of court to depose a prisoner and instructs this Court to grant that leave when the requested deposition is consistent with Federal Rules of Civil Procedure 26(b)(1) and (2). Because the Plaintiff is a party to this lawsuit, the Defendants request meets these requirements, and this Court grants the Defendants leave to depose the Plaintiff and orders that SCDC provide a means of allowing the deposition to proceed.

In addition, given the unique risk and challenge posed by the COVID-19 pandemic, the Court grants the Defendants request that they be allowed to

depose the Plaintiff remotely and asks that SCDC work with the parties to accommodate a remote deposition of the Plaintiff.

    IT IS SO ORDERED.

*Shiva V. Hodges*

June 2, 2020                                          Shiva V. Hodges
Columbia, South Carolina            United States Magistrate Judge